# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 3799 | **DATE** | 4/8/2011 |
| **CASE TITLE** | SmartSignal Corporation vs. Xu Xiao | | |

**DOCKET ENTRY TEXT**

Agreed motion to dismiss without prejudice select patent claims [41] granted. All claims by SmartSignal against Xu and under U.S. Patent Nos. 6,556,939, 6,876,943, 7,308,385, and 7,539,597 are hereby dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each of the parties to bear its own costs. Case remains pending with respect to all other claims.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|