IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SmartSignal Corporation, | ) |
|            Plaintiff, | ) Civil Action No. 1:10-cv-03799 |
| v. | ) The Honorable Rebecca R. Pallmeyer |
| Xu Xiao, | ) Magistrate Judge Arlander Keys |
|            Defendant. | ) |

## JOINT MOTION FOR ENTRY OF JUDGMENT

The parties have reached a settlement. As part of the settlement agreement, defendant Xiao Xu, has agreed to entry of a Consent Judgment. The Judgment contains injunctive terms, including a permanent injunction against the defendant. A copy of the agreed-to Consent Judgment is attached hereto.

The parties jointly move for entry of the attached Consent Judgment.

Respectfully submitted,

SMARTSIGNAL CORP., Plaintiff
and
XIAO XU, Defendant

*/s/ Allen E. Hoover*
_____
Mark W. Hetzler
Steven C. Schroer
Nicole L. Little
Allen E. Hoover
Fitch, Even, Tabin & Flannery
120 S. LaSalle St., Ste. 1600
Chicago, IL 60603
(312) 577-7000

Attorneys for Plaintiff
SmartSignal Corp.

Date: Aug 26 2011

*/s/*
_____
Thomas D. Rosenwein
Glickman, Flesch & Rosenwein
230 W Monroe St.
Chicago, Il 60606
(312) 346-1080

David R. Melton
404 Greenwood
Evanston, IL 60201

Steven H. Jesser
5250 Old Orchard Road, Ste 300
Skokie, IL 60077

Attorneys for Defendant
Xiao Xu